United States District Court
For the District of Columbia

Plaintiff,

Hesham Magdi Ahmed Salah El Dean

Pro Se

Defendant,

Jane Doe
et al.

RECEIVED
U.S. COURT OF APPEALS
FOR THE DC CIRCUIT

2025 AUG -9 P II: 57

THIS REPOSITORY

Case: 1:25-cv-02634 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 8/11/2025
Description: Pro Se Gen. Civ. (F-DECK)

RECEIVED
Mailroom

AUG 11 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

Plaintiff, Hesham Magdi Ahmed Salah El dean, certifies that on 8 August 10 2025 a true copy was served and the Plaintiff alleges legal malpractice. Jurisdiction pursuant to 28 U.S.C. §1332 (diversity jurisdiction), since amount is greater than $75,000, Venue pursuant to 28 U.S.C. §1391 (b) because a substantial Part or omissions occured in the District of Columbia. There was an attorney client relationship that was violated and I seek compensation of at least 6 million

Respectfully, Defendants breached duty by not including important facts, But for defendants, plaintiff would have won his case in 2022, for breach of contract.

Hesham Magdi Ahmed Salah El Dean

1421 Casino Circle
Silver Spring, MD 20906
240-960-6929
hesham@K4AC.page

Plaintiff asks this Honorable court additional time to improve this complaint to be tried by Jury.

August 9 2025

Hesham Magdi Ahmed Salah El Dean