# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESHAM MAGDI AHMED SALAH EL DEAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>LANGE, KIM & DOWELL, LLP, *et al.*,<br><br>                    Defendants. | Case No. 25-cv-2634 (JMC) |

## <u>ORDER</u>

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion to dismiss, ECF 5, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: January 22, 2026